## UNITED STATES BANKRUPTCY
## NORTHEN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: Case No. 16-20198 | ) |
| | ) |
| CHARLES HENRY WOODSON, | ) |
| | ) |
| Debtor, | ) |
| | ) BK No. 16-20198 |
| THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, | ) |
| | ) |
| | ) Adv. Pro. No. 16 A 00571 |
| | ) |
| Plaintiff, | ) |
| v. | ) Judge Jack B. Schmetterer |
| | ) |
| CHARLES HENRY WOODSON, | ) |
| | ) |
| Defendant. | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified Complaint herein and after such hearing the court makes the following finds of fact and conclusions of law.

### FINDINGS OF FACT

1. The defendant, CHARLES HENRY WOODSON, was employed by Ritz Carlton Water, for the weeks ending February 20, 2010 through June 26, 2010 and July 3, 2010 through December 11, 2010.

2. The defendant earned wages for said periods as set forth in the Notice of Fraud Decisions.

3. During the same period of time the defendant applied for and received unemployment benefits totaling $10,744.00.

4. During the same period of time the defendant made the representation he was not employed in his application for unemployment benefits.

5. The defendant did not report his employment or his earnings during these periods.

6. As of November 17, 2016, the sum of $7,071.02 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $10,744.00 in unemployment benefits to which he was not entitled.

2. As of November 17, 2016, the defendant is indebted to plaintiff in the sum of $7,071.02.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: _____

Dated: 11/21/16

NOV 2 1 2016

-2-